# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

AMON RICHARDS,

Appellant,

v.

DEPARTMENT OF CORRECTIONS and
PATRICK HANLEY,

Appellees.

No. 2D2025-0531

———————————————

November 26, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Amon Richards, pro se.

James Uthmeier, Attorney General, Tallahassee, and Veronica Burianek, Senior Assistant Attorney General, Tampa, for Appellee Florida Department of Corrections.

Jerome B. Blevins of Bradham, Benson, Lindley, Blevins, Bayliss & Wyatt of Florida West Coast, PLLC, St. Petersburg, for Appellee Patrick Hanley.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.